UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 AUG -4 PM 1: 28

CLERK
BY _AL_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 5:22-cr-86-1-2 |
| ) | |
| AARON DANG and ) | |
| KHADKA BADAL ) | |
| Defendants. ) | |

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the safety of the arresting officers and prevent the flight of the defendant, it is hereby

ORDERED, that the Indictment, Arrest Warrant, Motion to Seal Indictment, this Order, and the docket sheet are hereby sealed until the arrest of the defendant.

Dated at Burlington, in the District of Vermont, this __4th__ day of August 2022.

_____
KEVIN J. DOYLE
United States Magistrate Judge